In the Matter of the Application of JOHN FLIKE and FLOYD FLIKE, Petitioners, for a Certiorari Order against DANIEL F. STROBEL, Supervisor; MABEL A. REINHARDT, Clerk, and ADELBERT DAVIS and Others, Justices of the Peace, Being the Town Board of the Town of Ohio, County of Herkimer and State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, on the ground that leave to appeal is unnecessary. (See *Matter of Sage* v. *Broderick*, 249 N. Y. 601; Cohen on " The Powers of the New York Court of Appeals," § 45.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION INCORPORATED, Respondent, v. GEORGE J. WECKERLE, HENRY P. WECKERLE, Appellants, and STERLING AMHERST FARMS DAIRY, INC., Defendant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Application of BROWN-LIPE GEAR COMPANY, Respondent, for an Order to Show Cause Addressed to ARTHUR M. FERRIS and Others, Constituting the Board of Assessors of the City of Syracuse, New York, etc., Appellants. Also 901 Similar Proceedings.— Motion for leave to appeal to the Court of Appeals granted and questions for review certified. [See *ante*, p. 720.] Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.